THE STATE EX REL. SNYDER, APPELLANT, *v.* OHIO
WESLEYAN UNIVERSITY ET AL., APPELLEES.

[Cite as *State ex rel. Snyder v. Ohio Wesleyan
Univ.,* 139 Ohio St.3d 185, 2014-Ohio-2111.]

(No. 2013–0348—Submitted April 29, 2014—Decided May 21, 2014.)

{¶ 1} The judgment of the court of appeals is affirmed for the reasons stated in the opinion of the court of appeals.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Michael J. Muldoon, for appellant.

Michael DeWine, Attorney General, and Patsy A. Thomas, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Newhouse, Prophater, Letcher & Moots, L.L.C., Wanda L. Carter, and Christopher E. Hogan, for appellee Ohio Wesleyan University.